778

No. 24, Misc. KEMP *v.* ILLINOIS. Certiorari denied. 

No. 25, Misc. SHERIDAN *v.* UNITED STATES. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 26, Misc. FIFE *v.* GREAT ATLANTIC & PACIFIC TEA CO. ET AL. Certiorari denied. *John D. Meyer* for petitioner. *Charles J. Margiotti* for respondents. 

No. 28, Misc. COURTWRIGHT *v.* RAGEN, WARDEN. Certiorari denied.

No. 29, Misc. POWELL *v.* RAGEN, WARDEN. Certiorari denied.

No. 30, Misc. RISTICH *v.* RAGEN, WARDEN. Certiorari denied. 

No. 31, Misc. PUTSCHER *v.* ILLINOIS. Certiorari denied.

No. 32, Misc. CANADA *v.* JONES, WARDEN. Certiorari denied. 

No. 33, Misc. PHILLIPS *v.* JACKSON, WARDEN. Certiorari denied.